IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                            PLAINTIFF

v.                                            No. 4:15-cr-40024

SHANTREL HALL                                                                                       DEFENDANT

## ORDER

**BEFORE** the Court is the Motion to Reinstate Pre-trial Release (ECF No. 47) filed herein by Defendant. This Motion was referred to the undersigned for decision by United States District Judge Harry F. Barnes.

Defendant was released, subject to certain conditions, pending trial in this matter on December 9, 2015. ECF No. 18. On May 23, 2016, a Petition was filed by the United States Probation Office seeking revocation of her pretrial release. ECF No. 41. Thereafter, Defendant was arrested on July 5, 2016 (ECF No. 43) and appeared before the undersigned to respond to the Petition to revoke pretrial release (ECF No. 44). At this appearance Defendant entered a plea of not true to the allegations in the Petition, but did request an immediate hearing. ECF No. 44. The Court ordered Defendant detained pending a hearing on the Petition to Revoke. Defendant, through counsel, indicated she would request a hearing when she was prepared to proceed.

On July 8, 2016, Defendant filed her Motion to Reinstate Pre-trial Release (ECF No. 47). A hearing was held on that same day regarding the Petition to Revoke. At the hearing, and following off the record discussions between Defendant, Defendant's counsel and counsel for the Government, Defendant again announced she would waive immediate hearing, remain in custody and request a

final hearing on the Petition to Revoke at a future date.

At this time, the Petition to Revoke remains pending before the Court. Defendant's Motion to Reinstate Pre-trial Release (ECF No. 47) is therefore moot and is **DENIED**. Defendant may request a hearing on the Petition to Revoke at any time and same will be set by the undersigned. At any such hearing Defendant may present any evidence or information as to why her pretrial release should be reinstated.

**SO ORDERED** this **12th day of July 2016.**

/s/ Barry A. Bryant
HONORABLE BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE