PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Texas

United States of America           )
                                   )
         vs                        )
                                   )
Shantrell Hall                     )           Case No. 4:15CR 24

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Shantrell Hall, have discussed with Lora Savoie, Pretrial Services/Probation Officer, modification of my release conditions as follows:

Extending the defendant's conditions of release from home incarceration to home detention to allow her to attend religious services, pursue education and the flexibility to take her children to school and other activities.

I consent to this modification of my release conditions and agree to abide by this modification.

_Shantrell Hall_    9/16/16    _Lora Savoie_    9/16/16
Signature of Defendant    Date    Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_    9/21/2016
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective on 10-5-16

[ ] The above modification of conditions of release is not ordered.

_[signature]_    10-5-16
Signature of Judicial Officer    Date

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 0 5 2016

DOUGLAS F. YOUNG, Clerk
By
                                Deputy Clerk